Alice Boakes, appellee, v. Gus Fredrickson, appellant.   Gen. No. 34,683.

Opinion filed June 15, 1931.
Cavender, Milchrist & Kaiser, for appellant.   John A. L. Siegler and C. Helmer Johnson, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Ida Etchingham, appellee-plaintiff, v. Theresa Becker, appellant-defendant.   Gen. No. 34,710.

Opinion filed June 15, 1931.
Preston Clark and John Clark, for appellant.   James R. Quinn, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Fred Routh for the use of, etc., appellee, v. Broadcaster Corporation, appellant.   Gen. No. 34,722.

Opinion filed June 15, 1931.
Aaron Soble, for appellant.   Norman R. Goldstein, for appellee; Maurice L. Davis, of counsel.

Mr. Justice Friend delivered the opinion of the court.

James Cullen, appellee, v. Louis Eisenberg, appellant.   Gen. No. 34,740.

Opinion filed June 15, 1931.
Gallagher, Shulman & Abrams, for appellant; Meyer Abrams, of counsel.   Eugene F. O'Riordan and Francis E. Croarkin, for appellee.

Mr. Justice Friend delivered the opinion of the court.